Certificate Number: 05781-OR-DE-041503437

Bankruptcy Case Number: 26-62598

05781-OR-DE-041503437

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2026, at 8:55 o'clock PM PDT, Cristina Barboza completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date: September 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President